```
         FILED              RECEIVED
         ENTERED             SERVED ON
                   COUNSEL/PARTIES OF RECORD

                  DEC 10 2010

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>               Plaintiff,     )<br>                              )<br>        v.                    )<br>                              )<br>SCOTT VASATIS,                )<br>                              )<br>               Defendant.     ) | 2:09-CR-528-JCM (LRL) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 10, 2010, defendant SCOTT VASATIS pled guilty to a Two-Count Superseding Criminal Information charging him in Count One with Money Laundering Conspiracy in violation of Title 18, United States Code, Section 1956(a)(3)(A) and (h), and in Count Two with Conspiracy to Distribute MDMA in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1(C) and 846.

This Court finds defendant SCOTT VASATIS agreed to the forfeiture of property set forth in Forfeiture Allegations of the Superseding Criminal Information.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Criminal Information and the offense to which defendant SCOTT VASATIS pled guilty.

. . .

. . .

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section
3  982(a)(1); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p):

4  $5,505.00 in United States Currency ("property").

5  This Court finds the United States of America is now entitled to, and should, reduce the
6  aforementioned property to the possession of the United States of America.

7  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
8  United States of America should seize the aforementioned property.

9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
10 SCOTT VASATIS in the aforementioned property is forfeited and is vested in the United States of
11 America and shall be safely held by the United States of America until further order of the Court.

12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
13 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
14 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
15 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
16 the name and contact information for the government attorney to be served with the petition, pursuant
17 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
19 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
21 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
22 following address at the time of filing:

23 DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
24 MICHAEL A. HUMPHREYS
   Assistant United States Attorney
25 Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
26 Las Vegas, Nevada 89101.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.
5    DATED this 10th day of Dec., 2010.

6
7
8
9                                   _____
                                    UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26